UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE T. SMITH,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>R. BAKER et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-00362-MMD-WGC<br><br>ORDER |

**I.   DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis* and a motion to file a longer than normal complaint. (Dkt. no. 1, 1-1, 1-2.) Before the Court screened Plaintiff's complaint, Plaintiff filed a motion for voluntary dismissal. (Dkt. no. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (dkt. no. 3) is granted.

It is further ordered the any outstanding motions (dkt. no. 1, 1-2) are denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court close this case.

DATED THIS 5th day of January 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE